JAN:hkp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

08-60099 CASE No. CR-ZLOCH MAGISTRATE JUDGE SNOW

IN RE: FEDERAL GRAND JURY 07-1005 )
)

# MOTION TO SEAL

The United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, hereby moves for an order sealing the Indictment, Penalty Sheets, Certificate of Trial Attorney, Arrest Warrants, Bond Recommendation Sheets, this Motion to Seal, and Sealing Order (except for copies to be used by law enforcement personnel during execution of their official duties in the investigation), and ordering such items to remain sealed in the custody of the Clerk of the Court until such time as the first defendant has been arrested. Sealing of the above-referenced documents is necessary because if the defendants were to learn that they are named as defendants, they might flee the jurisdiction.

**WHEREFORE**, the United States respectfully requests that this Court order that the Indictment, Penalty Sheets, Certificate of Trial Attorney, Arrest Warrants, Bond Recommendation Sheets, Motion to Seal, and this Sealing Order (except for copies to be used by law enforcement personnel during execution of their official duties in the investigation) granting the same be **SEALED** until the first defendant is arrested.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

Date: 4/7/08

By: ______________________________
Jeffrey A. Neiman
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 544469
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Tel. (954) 660-5795
Fax. (954) 356-7336