JAN:hkp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

08-60099 CASE No. CR-ZLOCH MAGISTRATE JUDGE SNOW

IN RE: FEDERAL GRAND JURY 07-1005 FTL )
)
________________________________________ )

## ORDER TO SEAL

This cause comes before the Court on the Government's Motion to Seal. Considering the grounds raised in said motion, and the Court being otherwise advised in the premises,

**IT IS HEREBY ORDERED** that the Indictment, Penalty Sheets, Certificate of Trial Attorney, Arrest Warrants, Bond Recommendation Sheet, Motion to Seal, and this Sealing Order in the above-captioned matter shall be sealed (except for copies to be used by law enforcement personnel during execution of their official duties in the investigation) and shall remain sealed in the custody of the Clerk of the Court until such time as the first defendant is arrested.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 10 day of April, 2008.

Lurana S. Snow
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

cc: AUSA Jeffrey A. Neiman