UNITED STATES DISTRICT COURT
*Southern District of Florida*

UNITED STATES OF AMERICA ) Case Number: CR 08-60099-WJZ
Plaintiff )
) REPORT COMMENCING CRIMINAL
-VS- ) ACTION
)
Bradley Birkenfeld ) 26901-038
Defendant USMS NUMBER

*****************************************************************************

TO: Clerk's Office MIAMI (FT. LAUDERDALE) W.PALM BEACH
U.S. District Court ~~FT. PIERCE~~
(circle one of above)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

*****************************************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 5/13/08 11 (am)/pm

(2) Language Spoken: ENG.

(3) Offense(s) Charged: Tax Fraud

(4) U.S. Citizen [X] Yes [ ] No [ ] Unknown

(5) Date of Birth: 2/26/65

(6) Type of Charging Document: (check one)
[ ] Indictment [ ] Complaint to be filed/already filed
Case#

[ ] Bench Warrant for Failure to Appear
[ ] Probation Violation Warrant
[ ] Parole Violation Warrant

Originating District:

COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES [ ]NO

Amount of Bond: $
Who set Bond: Seltzer

(7) Remarks:

(8) Date: 5/13/08 (9) Arresting Officer: S.Sandler

(10) Agency: USMS (11) Phone: 954-356-7256

(12) Comments:

FILED BY ______ D.C.
2008 MAY 14 AM 9:15
CLERK U.S. DIST. CT.
S.D. OF FLA.