UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-60099 CR ZLOCH/SELTZER

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BRAD BIRKENFELD,

Defendant.
_______________________________/

NEBBIA STIPULATION

COMES NOW the Defendant, Brad Birkenfeld, by and through his undersigned counsel, and the United States of America, by and through Assistant United States Attorney Jeff Neiman, and respectfully advise this Court that they have conferred concerning the Nebbia requirement imposed as a condition of bond, and hereby stipulate that the parties have agreed that the Nebbia conditions have been satisfied by the Defendant. The parties would respectfully submit to this Court the attached affidavit from Pamela Birkenfeld in support of this stipulation and would ask that this Court ratify the agreement of the parties.

/s/ Jeffrey Neiman
Jeffrey Neiman
Assistant United States Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394
(954) 356-7255

Dated this 20th day of May, 2008

/s/Peter Raben
Peter Raben
Attorney for Defendant Birkenfeld
150 West Flagler, Suite# 2850
Miami, Florida 33130-1534
Tel. (305) 379-1401
Fax. (305) 374-0081
Florida Bar No. 231045

Dated this 20th day of May, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-60099 CR ZLOCH/SELTZER

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BRAD BIRKENFELD,

Defendant.
_________________________________/

ORDER

This Cause, having come on the Stipulation of Counsel, it is, Ordered and Adjudged:

That the Nebbia conditions for the corporate surety bond for Defendant Brad Birkenfeld are hereby satisfied and a bond may now be posted.

Done and ordered this ___ day of May, 2008.

_________________________________
Barry Seltzer
United States Magistrate

cc: Counsel of Record
Clerk of Court