# AFFIDAVIT

I, Pamela Birkenfeld, herby give this sworn statement to be true and accurate.

1. That I, Pamela Birkenfeld, am a Permanent Resident of the United States and have resided in Massachusetts, for the past eighteen (18) years.

2. That I currently reside at 68 Green Street, Canton, Massachusetts with my husband, Dr. Ronald Birkenfeld. Dr. Birkenfeld is a practicing neurosurgeon whereupon he has been established in the Boston, Massachusetts area for a period of approximately forty five (45) years.

3. I am the step-mother of the Defendant, Brad Birkenfeld.

4. I am providing the fifteen (15%) percent bond premium by way of my investment account maintained with Fidelity Investments. The source of these proceeds stem from my many years of employment. During the period of 1990 through 1999 I was employed as Senior Vice President, Legal Division / Liberty International, a subsidiary of Liberty Mutual Insurance Company. It was at that time that I originally opened the Investment Account.

5. My husband and I have agreed to use our residence located at 68 Green Street, Canton, Massachusetts as a collateral instrument for the purpose of securing the bond to be posted on behalf of my step-son, Brad Birkenfeld in the amount of one hundred thousand ($100,000.00) dollars. This property was acquired in August of 1997 and represents equity of approximately two hundred seventy thousand ($270,000.00) dollars.

6. I have not been promised any repayment or compensation for doing this. I do this freely and voluntarily to assist my step-son, Brad Birkenfeld.

Pamela Birkenfeld
Pamela Birkenfeld

State of Massachusetts )
) SS
County of Norfolk )

On this 19 day of May 2008, before me personally appeared Pamela Birkenfeld to me known to be the person(s) described in and who executed the foregoing instrument and she thereupon acknowledged to me that she executed the same.

Produced identification Massachusetts Drivers License No. S94692596

Notary Public Karen Brucker

**Karen Lee Brucker**
NOTARY PUBLIC
My commission expires May 21, 2010