UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **08-CR-60099-ZLOCH**

**UNITED STATES OF AMERICA**

vs.

**BRADLEY BIRKENFELD,**

        **Defendant.**
_____/

## SECOND JOINT MOTION TO CONTINUE SENTENCING

The United States of America, by and through undersigned counsel, and defendant Bradley Birkenfeld, by and through his counsel, hereby jointly move this Court to continue the defendant's sentencing, which is currently set for October 17, 2008 at 10:30 a.m. As ground in support of this motion, undersigned counsel would state the following factual basis:

1. On June 19, 2008 defendant Bradley Birkenfeld entered a plea of guilty pursuant to a plea agreement to one count of conspiring to defraud the United States. Pursuant to his plea agreement, defendant Birkenfeld has been working with the government to advance the objectives of the ongoing investigation. He continues to work with the government in this matter.

2. At the June 19, 2008 plea hearing, the parties acknowledged defendant Birkenfeld's cooperation with the government as well as the possibility of needing additional time to continue that cooperation.

3. On July 11, 2008, the parties filed a joint motion to continue Birkenfeld's sentencing. On July 21, 2008, the Court granted the Joint Motion to Continue Sentencing and continued sentencing until October 17, 2008.

4. Defendant Birkenfeld's cooperation is still ongoing. The investigation in question is focusing on activities in the United States and worldwide. In order to continue to maximize defendant Birkenfeld's cooperation, the parties ask that this Court continue defendant Birkenfeld's sentence for an additional ninety (90) days.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By: /s KEVIN M. DOWNING
KEVIN M. DOWNING
SENIOR TRIAL ATTORNEY
MICHAEL P. BEN'ARY
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
TAX DIVISION

By: /s JEFFREY A. NEIMAN
JEFFREY A. NEIMAN
ASSISTANT UNITED STATES ATTORNEY

By: /s DAVID MEIER
DAVID MEIER
PETER RABEN
ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on September 24, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

Dated: September 24, 2008

                                      /s JEFFREY A. NEIMAN
                                      Jeffrey A. Neiman
                                      Assistant United States Attorney