UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **08-CR-60099-ZLOCH**

**UNITED STATES OF AMERICA**

vs.

**BRADLEY BIRKENFELD,**

       **Defendant.**
_____/

**THIRD JOINT MOTION TO CONTINUE SENTENCING**

    The United States of America, by and through undersigned counsel, and defendant Bradley Birkenfeld, by and through his counsel, hereby jointly move this Court to continue the defendant's sentencing, which is currently set for January 8, 2009. As ground in support of this motion, undersigned counsel would state the following factual basis:

    1.    On June 19, 2008 defendant Bradley Birkenfeld entered a plea of guilty pursuant to a plea agreement to one count of conspiring to defraud the United States. Pursuant to his plea agreement, defendant Birkenfeld has been working with the government to advance the objectives of the ongoing investigation. He continues to work with the government in this matter.

    2.    At the June 19, 2008 plea hearing, the parties acknowledged defendant Birkenfeld's cooperation with the government as well as the possibility of needing additional time to continue that cooperation.

    3.    On July 11, 2008, the parties filed a joint motion to continue Birkenfeld's sentencing. On July 21, 2008, the Court granted the Joint Motion to Continue Sentencing and set sentencing for October 17, 2008.

4. On September 24, 2008, the parties filed a second joint motion to continue Birkenfeld's sentencing. On September 30, 2008, the Court granted the Second Joint Motion to Continue Sentencing and set sentencing for January 8, 2009.

5. Defendant Birkenfeld's cooperation is still ongoing. The investigation in question is focusing on activities in the United States and worldwide. In order to continue to maximize defendant Birkenfeld's cooperation, the parties ask that this Court continue defendant Birkenfeld's sentence to a date in May 2009.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY


By:   /s KEVIN M. DOWNING
      KEVIN M. DOWNING
      SENIOR TRIAL ATTORNEY
      MICHAEL P. BEN'ARY
      TRIAL ATTORNEY
      UNITED STATES DEPARTMENT OF JUSTICE
      TAX DIVISION


By:   /s JEFFREY A. NEIMAN
      JEFFREY A. NEIMAN
      ASSISTANT UNITED STATES ATTORNEY


By:   /s DAVID MEIER
      DAVID MEIER
      PETER RABEN
      ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on December 2, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

Dated: December 2, 2008

                                    /s JEFFREY A. NEIMAN
                                    Jeffrey A. Neiman
                                    Assistant United States Attorney