UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60099-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRADLEY BIRKENFELD,

    Defendant.

_____/

(PROPOSED)
**ORDER**

FILED by _____ D.C.
DEC 2 2 2008
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – FT. LAUD.

THIS MATTER is before the Court upon Defendant Bradley Birkenfeld's Unopposed Motion for Temporary Modification of the Terms and Conditions of Pretrial Release (DE 56). The Court has carefully reviewed said motion and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that the aforementioned Motion for Temporary Modification of the Terms and Conditions of Pretrial Release (DE 56) be and the same is hereby **GRANTED** and the defendant is hereby permitted to travel freely throughout the greater Boston, Massachusetts metropolitan area commencing on 24 December 2008 through 02 January 2009. It is **FURTHER ORDERED** that the Defendant shall not be subject to a curfew and shall be permitted to remove his electronic monitoring device during the specified 10 day period. It is **FURTHER ORDERED** that all other conditions of pretrial release shall remain in effect.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of December 2008.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

Copies furnished:
All counsel of record