UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60099-CR-ZLOCH/SELTZER

UNITED STATES OF AMERICA,

        Plaintiff,

v.                         **ORDER**

BRADLEY BIRKENFELD,

        Defendant.
_____/

FILED by _____ D.C.

MAR - 3 2009

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – FT. LAUD.

      THIS MATTER is before the Court on Defendant Bradley Birkenfeld's Unopposed Motion to Modify Conditions of Bond Regarding Encumbered Assets. (DE 58). The Court has carefully reviewed said motion and the entire court file and is otherwise fully advised in the premises.

      Accordingly, after due consideration, it is

      **ORDERED AND ADJUDGED** that the aforementioned Motion to Modify Conditions of Bond Regarding Encumbered Assets be and the same is hereby **GRANTED** and the defendant is hereby permitted, through counsel, to liquidate his assets [US only] located in the United States and overseas including cash, bank accounts, stock, and real property and transfer those assets into an escrow account in the sole control of his legal counsel.

It is **FURTHER ORDERED** that:

1. The Defendant's counsel are allowed, through power of attorney, to sell the [US only] Defendant's home in Switzerland and shall, upon that sale, place the proceeds in an escrow account held by and solely controlled by his attorneys.

2. The Defendant's counsel are allowed, through power of attorney, to liquidate the [BSS only] Defendant's Fidelity account, with the proceeds of the transaction to be placed into an escrow account held by his attorneys.

3. The Defendant's counsel are allowed, through power of attorney, to liquidate the [BSS only] following assets of the Defendant and place the proceeds into an escrow account held by his attorneys:

   a. Cash held in a bank account located at Credit Suisse in Geneva of approximately 500 Swiss Francs;

   b. Approximately $40,000.00 held in a bank called New Haven Trust Company Ltd. located in Liechtenstein; and

   c. Stock valued at approximately $100,000.00 held in a brokerage account with New Haven Trust Company Ltd. in Liechtenstein.

4. [BSS: Upon written authorization in amounts to be determined by the undersigned,] Defendant's attorneys are authorized to make distributions from the escrow account only for the purposes of his legal fees and his reasonable living expenses.

5. This escrow account shall be maintained by Defendant's attorneys [BSS at least] until the Defendant is sentenced and the conditions of his bond are met~~, at which point any funds remaining in escrow shall be transferred to an account in the Defendant's control~~.

It is **FURTHER ORDERED** that all other conditions of pretrial release shall remain in effect.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 3RD day of March 2009.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
All counsel of record

2