UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60099-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                          **O R D E R**

BRADLEY BIRKENFELD,

    Defendant.
_____/

THIS MATTER is before the Court upon the Defendant Bradley Birkenfeld's Motion To Extend Report Date For Purposes Of Continued Cooperation With U.S. Government Authorities And For Hearing On Reconsideration Of Sentence (DE 89). The Court has carefully considered the merits of said Motion and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Defendant's Motion To Extend Report Date For Purposes Of Continued Cooperation With U.S. Government Authorities And For Hearing On Reconsideration Of Sentence (DE 89) be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___4th___ day of January, 2010.

                                              WILLIAM J. ZLOCH
                                              United States District Judge

cc: All Counsel of Record