UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60099-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                              **O R D E R**

BRADLEY BIRKENFELD,

    Defendant.
_____/

    THIS MATTER is before the Court upon Defendant Bradley Birkenfeld's Agreed Motion To Permit Brief International Travel To Provide Testimony In French Law Enforcement Proceeding (DE 108). The Court has carefully considered the merits of said Motion and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Defendant's Agreed Motion To Permit Brief International Travel To Provide Testimony In French Law Enforcement Proceeding (DE 108) be and the same is hereby **GRANTED**. The Defendant, Bradley Birkenfeld, shall be permitted to travel to Paris, France from April 23, 2015 to April 30, 2015;

    2. Prior to such travel, the Defendant shall provide the United States Pretrial Officer with a written itinerary of his travel plans, which shall include the following information: specific dates and times of all travel; flight numbers where applicable; and the name, address and telephone number of the

location(s) at which the Defendant shall be staying; and

3. Upon the Defendant's return to the United States, the Defendant shall immediately contact his Pretrial Officer and verify his return to the United States.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___14th___ day of April, 2015.

_____
WILLIAM J. ZLOCH
United States District Judge

cc: Mark F. Daly, Esq., AUSA
    Gerald Greenberg, Esq.
    Scott Christensen, U.S. Probation